UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| GAYLON L. WARDWELL, | ) |  |
|---|---|---|
| Petitioner, | ) |  |
|  | ) |  |
| v. | ) | Civil No. 1:14-cv-00204-NT |
|  | ) |  |
| WARDEN, RODNEY BOUFFARD, | ) |  |
| Defendant. | ) |  |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on October 21, 2014 his Recommended Decision (ECF No. 16). The Petitioner filed his Objection to the Recommended Decision (ECF No. 19) on November 28, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is

necessary.  It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

1. It is further <u>ORDERED</u> that the Petitioner's motion for habeas corpus relief under 28 U.S.C. § 2254 is <u>DISMISSED</u>.
2. It is further <u>ORDERED</u> that a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2254 Cases is hereby <u>DENIED</u> because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 253(c)(2).

<u>SO ORDERED</u>.

/s/ Nancy Torresen
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of December, 2014.